LAW OFFICES OF JASON L. RIBAKOFF
Jason L. Ribakoff (CA 262459)
ribakoffjason@gmail.com
6819 Sepulveda Blvd. #307
Van Nuys, CA 91405
Telephone:  818-778-6255
Facsimile:   818-778-6256

Attorney for Plaintiff,

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ANDRES GOMEZ, on behalf of himself and all others similarly situated, | Case No.:  2:15-cv-4413 **CLASS ACTION** |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL PUSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| vs. SWIMSPOT HOLDINGS, LLC., | **Filed Electronically** |
| Defendant. | |

Pursuant to Federal Rules of Procedure 41(a)(1)(A)(ii), Plaintiff hereby voluntarily dismisses this action with prejudice.

///

///

///

///

-1-

Notice Of Voluntary Dismissal:  Andres Gomez vs. Swimspot Holdings, LLC

1  Dated: July 28, 2015

Respectfully Submitted,

/s  Jason L. Ribakoff
Jason L. Ribakoff (CA 262459)

**LAW OFFICES OF JASON L. RIBAKOFF**
6819 Sepulveda Blvd., Suite 307
Van Nuys, CA 91405
Telephone:  818-778-6255
Facsimile:   818-778-6256
ribakoffjason@gmail.com


Counsel for Plaintiff

///

///

///

///

///

///

///

///

///

///

-2-

Notice Of Voluntary Dismissal:  Andres Gomez vs. Swimspot Holdings, LLC